McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
TEL: (916) 554-2791
FAX: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS WONG,<br><br>Defendant. | CASE NO. 2:18-CR-00221-KJM<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On or about December 3, 2018, defendant Travis Wong entered a guilty plea to Count One of the Information, which charges him with conspiracy in violation of 18 U.S.C. § 371.

As part of his plea agreement with the United States, defendant Travis Wong agreed to forfeit voluntarily and immediately up to $313,911.09, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 371, to which he has pled guilty. See Defendant Wong's Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Travis Wong in the amount of $313,911.09.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant

Travis Wong's conviction for violating 18 U.S.C. § 371.  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Defendant agrees to pay at least $31,391.11 towards the forfeiture money judgment on or before the date of sentencing.  Defendant shall pay at least 10% of the outstanding balance (at least $28,000.00) per quarter until the remaining balance is paid in full.  Payments should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the United States Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Ste. 10-100, Sacramento, CA 95814.  Prior to the imposition of the sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service in its secure custody and control.

DATED:  5/14/2019

McGREGOR W. SCOTT
United States Attorney

 /s/ Matthew Thuesen
MATTHEW THUESEN
Assistant U.S. Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Travis Wong in the amount of $313,911.09.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

DATED:  May 17, 2019.

_____
UNITED STATES DISTRICT JUDGE