UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-CR-00221-KJM |
| Plaintiff, | Order for Early Termination of Sentence of Probation and Honorable Discharge |
| v. | |
| TRAVIS WONG, | |
| Defendant. | |

**<u>ORDER</u>**

For good cause shown, the Court hereby grants Defendant Travis Wong's unopposed motion for early termination of his sentence of probation and honorably discharges him form probation because such action is warranted by the conduct of the defendant and the interest of justice pursuant to Title 18 United States Code Section 3564(c).

IT IS SO ORDERED.

DATED: March 11, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1